**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2266**

MILREACE MALONE, Rickey Malone,

Plaintiff - Appellant,

v.

LEWISBURG, USP; WARDEN, Regional Office of P.A.; DRESSLER, Mr.; HENDRICKS, Mr.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:17-cv-02471-ELH)

Submitted:  March 13, 2018                    Decided:  March 15, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Milreace Malone, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milreace Malone appeals the district court's order dismissing her civil action for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012).[*] We have reviewed the record and find no reversible error. Accordingly, we grant Malone's motion to proceed in forma pauperis and affirm for the reasons stated by the district court. *Malone v. Lewisburg, USP*, No. 1:17-cv-02471-ELH (D. Md. filed Oct. 23, 2017 & entered Oct. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the action without prejudice, the district court's order is final and appealable under *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015), and *Martin v. Duffy*, 858 F.3d 239, 247 (4th Cir. 2017) ("repeated, ineffective attempts at amendment suggest that further amendment of the complaint would be futile").